**PRIORITY SEND**
**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   EDCV11-0451-VAP(DTBx)                              Date: March 25, 2011

Title:   HOUSEHOLD FINANCE CORPORATION OF CALIFORNIA -v- CONNINE C. STELLY and RICHARD RICHARD A. STELLY
==============================================================
PRESENT:     HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Marva Dillard | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| None | None |

PROCEEDINGS:   MINUTE ORDER REMANDING ACTION TO CALIFORNIA SUPERIOR COURT FOR THE COUNTY OF RIVERSIDE (IN CHAMBERS)

    On November 15, 2010, Plaintiff Household Finance Corporation of California ("Plaintiff") filed a complaint for unlawful detainer and money damages ("Complaint") against Defendants Connie C. Stelly and Richard Stelly (collectively, "Defendants") in the Superior Court for the County of Riverside.  (See Doc. No. 1 (Not. of Removal).)  On January 18, 2011, Defendants, proceeding pro se, removed the action to this Court on the basis of diversity and federal question jurisdiction.  (See ED11-CV0122-VAP (SSx), Doc. No. 1at 5-7.)  On February 17, 2011, Plaintiff filed a motion to remand ("Motion").  (Id., Doc. No. 7.)  Finding the Court lacked subject matter jurisdiction over the action, the Court remanded this action sua sponte on

MINUTES FORM 11                                    Initials of Deputy Clerk ___md___
CIVIL -- GEN                    Page 1

EDCV 11-00451 VAP (DTBx)
HOUSEHOLD FINANCE CORPORATION OF CALIFORNIA v. CONNIE C. STELLY AND RICHARD A. STELLY
MINUTE ORDER of March 25, 2011

February 24, 2011.  (See id., Doc. No. 9.)

     On March 16, 2011, Defendants again removed the action to this Court.  (See Doc. No. 1 (Notice of Removal).)  For the reasons set forth in the Court's February 24, 2011, Minute Order in Case No. ED11-CV0122-VAP (SSx), Defendants again fail to allege a proper basis for federal jurisdiction.  As described therein Defendants do not state a basis for federal question jurisdiction under 28 U.S.C. § 1331.  From the face of the Complaint, Plaintiff's only claim is for unlawful detainer, a California state law action.  See Franchise Tax Bd. v. Constr. Laborers Vacation Trust, 463 U.S. 1, 10 (1983) (holding a defendant may not remove case to federal court unless basis for federal jurisdiction apparent on the face of the complaint).  Thus, no federal question is presented on the face of the Complaint, nor has a federal claim been disguised by artful pleading.  Morever, the Court finds no basis for diversity jurisdiction because Plaintiff filed this action as a "limited civil case" with damages of no more than $10,000.  (See generally Compl.)  As such, this case cannot meet the statutory amount -in-controversy requirement for diversity jurisdiction.  See 28 U.S.C. § 1332.

     As Defendants have not met their burden of establishing that the case is properly in federal court, the Court REMANDS the action to the Superior Court for the County of Riverside.  Defendants are prohibited from removing again the unlawful detainer action entitled, "Complaint for Unlawful Detainer and Money Damages, Household Finance Corporation of California v. Connie C. Stelly and Richard A. Stelly," filed on November 15, 2010, bearing case number TEC10012223, to this Court from the California Superior Court for the County of Riverside unless federal jurisdiction is evident from the face of the Complaint.

    **IT IS SO ORDERED.**